# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Anthony Earl Grandberry

Debtor(s).

Case No.   15−20559   jdl
Chapter   7

Adversary No.

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

55 – Joint Motion to Sell Property of the Estate Filed by S. Jonathan Garrett, David Blaylock on behalf of Lynda F. Teems (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Blaylock, David)

on June 25, 2015.

**NOTICE IS HEREBY GIVEN THAT:**

1.   The Hearing to consider the above shall be held on **July 22, 2015 at 10:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 645, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by July 15, 2015   and served as required pursuant to L.B.R. 9013−1.**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2.   **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).

3.   If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Jed G. Weintraub
CLERK OF COURT**

BY:  **Barta Johnson**
_____
    **Deputy Clerk**
**DATE:   June 26, 2015**
[combrelcco30]Order/Notice combined Rel 11−03